# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

HLT EXISTING FRANCHISE
HOLDING LLC,

    Plaintiff,

v.                                       Case No. 2:21-cv- 2351-MSN

NISMARK, L.L.C., ABID NISAR,
and RASHDA NISAR
    a/k/a Rashida Nisar
    a/k/a Rasida Nisar,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed May 26, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties Stipulation of Dismissal, filed January 6, 2022, (ECF No. 35), the Notice of Settlement, dated the same, (ECF No. 36), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) permitting dismissal with prejudice without a court order, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:      January 6, 2022