FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HLT EXISTING FRANCHISE
HOLDING LLC,

    Plaintiff,

v.                                       Case No. 2:21-cv- 2351-MSN

NISMARK, L.L.C., ABID NISAR,
and RASHDA NISAR
      a/k/a Rashida Nisar
      a/k/a Rasida Nisar,

    Defendants.

## AMENDED JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed May 26, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal, filed January 6, 2022, (ECF No. 35), Joint Motion to Dismiss, filed January 12, 2022, (ECF No. 38), and Order Vacating Judgment, Adopting the Parties' Agreed Order, and Dismissing Case with Prejudice, entered January 21, 2022, (ECF No. 39), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. This Court reserves exclusive and continuing jurisdiction and venue in the consummation, implementation, enforcement, construction, interpretation, performance, and administration of the parties' settlement.

APPROVED:  *s/ Mark S. Norris*
                   MARK S. NORRIS
                   UNITED STATES DISTRICT JUDGE

DATE:       January 21, 2022